IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CR-23-201-R-1 |
| ) | |
| ALEXANDRIA FISK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Fisk's Motion [Doc. 31] for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Unites States Sentencing Guidelines. Defendant filed the motion *pro se* and has additionally requested a court-appointed attorney under the authority of General Order 23-6. The Court DENIES Defendant's motion and request for the reasons set forth below.

Ms. Fisk is eligible for a reduction in her sentence pursuant to Amendment 821. Doc. 32. Her new guideline range would thereafter be 8-14 months. *Id.* Her current sentence of 12 months and 1 day was arrived at after considering the sentencing factors found in 18 U.S.C. § 3553(a). The Court does not see good reason to depart from its initial sentence, considering Ms. Fisk has the potential for earlier release if she maintains good behavior while incarcerated.

Ms. Fisk's request for court-appointed counsel is denied because she is not entitled to representation from the Public Defender's office as an indigent individual. General Order 23-6. Having already considered her Motion and the Government's Response, the

Court does not foresee how appointing counsel for Ms. Fisk at this stage would affect its reasoning, especially given the Government did not object to this Court's consideration of the Motion. Accordingly, the Court declines to exercise its discretion to appoint counsel for Defendant.

Defendant Fisk's Motion and her request for appointed counsel [Doc. 31] are DENIED.

**IT IS SO ORDERED** this 2nd day of January 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE